USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
JOSE QUEZADA, on behalf of himself and all                               :
others similarly situated,                                               :
                                                                         :
                                              Plaintiff,                 :
                                                                         :
                        -against-                                        :
                                                                         :
EXPEDIA, INC.,                                                           :
                                                                         :
                                              Defendant.                 :
                                                                         :
------------------------------------------------------------------------ X
```

1:21-cv-01405-GHW

ORDER

GREGORY H. WOODS, District Judge:

The Court has been informed that one or both parties have refused to attend or refused to participate in the mediation. The Court reminds the parties that they must comply with the Court's orders. On February 18, 2021, the Court referred this action to the Court-annexed Mediation Program, and ordered the parties participate in mediation in good faith. Dkt. No. 6. The parties were further directed to participate in mediation at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled for June 23, 2021 at 4:00 p.m. *Id.* The parties are again hereby ORDERED to comply with the Court's February 18, 2021 order and to participate in mediation by no later than June 9, 2021.

SO ORDERED.

Dated: May 25, 2021　　　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge